MELINDA S. RIECHERT, State Bar No. 65504
LINDSEY K. SCHROEDER, State Bar No. 245425
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendants BRANDYWINE REALTY TRUST & DANIEL CUSHING

JASON J. CURLIANO, State Bar No. 167509
ADAM M. KOSS, State Bar No. 245465
BUTY & CURLIANO LLP
555 12th Street, Suite 1280
Oakland, CA  94607
Tel: 510.267.3000
Fax: 510.267.0117
E-mail: jasonc@butycurliano.com

Attorneys for Plaintiff JOHN SUTTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SUTTON,<br><br>            Plaintiff,<br><br>    vs.<br><br>BRANDYWINE REALTY TRUST,<br>DANIEL CUSHING, and<br>DOES 1 through 20,<br><br>            Defendants. | Case No.  C 07-01109 CW<br><br>**STIPULATION AND ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☒ Early Neutral Evaluation (ENE) (ADR L.R. 5)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3643179.1                         1                STIPULATION AND [PROPOSED] ORDER
                                                        SELECTING ADR PROCESS
                                                        (CASE NO. C 07-01109 CW)

1  ☐ Mediation (ADR L.R. 6)

2  (*Note: Parties who believe that an early settlement conference with a Magistrate Judge is
3  appreciably more likely to meet their needs than any other form of ADR, must participate in an
4  ADR phone conference and may not file this form. They must instead file a Notice of Need for
5  ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5*)

6  **Private Process:**

7  ☐ Private ADR (please identify process and provider) _____

8

9  The parties agree to hold the ADR session by:

10  ☒ the presumptive deadline (*The deadline is 90 days from the date of the order referring
11  the case to an ADR process unless otherwise ordered.* )

12  ☐ other requested deadline:

13

14  Dated: May ___, 2007                MORGAN, LEWIS & BOCKIUS, LLP

15
                                       By:_____
16                                          Melinda Riechert

17                                     Attorney for Defendant
                                       BRANDYWINE REALTY TRUST
18                                     AND DANIEL CUSHING

19
    Dated: May ___, 2007                BUTY & CURLIANO LLP
20

21                                     By:_____
                                            Jason J. Curliano, Esq.
22                                          Adam K. Koss, Esq.

23                                     Attorneys for Plaintiff
                                       JOHN SUTTON
24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3643179.1                          2                STIPULATION AND [PROPOSED] ORDER
                                                         SELECTING ADR PROCESS
                                                         (CASE NO. C 07-01109 CW)

**ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration

**X** Early Neutral Evaluation (ENE)

☐ Mediation

☐ Private ADR

Deadline for ADR session

**X** 90 days from the date of this order.

☐ other _____

**IT IS SO ORDERED**.

Dated: 5/18/07

*/s/ Claudia Wilken*

Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE