MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendants
BRANDYWINE REALTY TRUST,
PRENTISS PROPERTIES CHANGE IN CONTROL
SEVERANCE PLAN FOR KEY EMPLOYEES,
AND DANIEL CUSHING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SUTTON,<br><br>                       Plaintiff,<br><br>vs.<br><br>BRANDYWINE REALTY TRUST,<br>PRENTISS PROPERTIES TRUST<br>CHANGE IN CONTROL SEVERANCE<br>PROTECTION PLAN FOR KEY<br>EMPLOYEES, and DANIEL CUSHING,<br><br>                       Defendants. | Case No. C07-01109 CW<br><br>**ORDER AND STIPULATION<br>CONTINUING EXPERT WITNESS<br>DISCLOSURE DEADLINE** |

Plaintiff John Sutton ("Plaintiff") and Defendants Brandywine Realty Trust, Prentiss Properties Trust Change in Control Severance Protection Plan for Key Employees, and Daniel Cushing ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, file this Stipulation and Proposed Order to Continue this Court's April 1, 2008 deadline for the disclosure of the identities and reports of the Parties' expert witnesses:

**WHEREAS**, on June 7, 2007, the Court entered a case management order setting April 1, 2008 as the deadline for the Parties to disclose the identities and reports of their respective expert witnesses;

**WHEREAS**, on March 6, 2008, the Court heard argument on Defendants' Motion for

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-SF/7660785.1

1

STIPULATION TO CONTINUE EXPERT WITNESS
DISCLOSURE DEADLINE
CASE NO. 07-CV-01109 CW

Summary Judgment, following argument took the motion under submission, and to date has not issue a decision and order on Defendants' motion;

**WHEREAS**, the Court's decision and order on Defendants' motion may obviate the need for the Parties to disclose one or more experts and incur the expense of expert witness discovery;

**WHEREAS,** the parties stipulate to continue the expert witness disclosure deadline from April 1, 2008 to April 14, 2008:

**GOOD CAUSE EXISTS** to continue the expert witness disclosure date as set forth herein, and to avoid the potential unnecessary use of resources.

**IT IS SO STIPULATED.**

DATED:  March 31, 2008             BUTY & CURLIANO LLP


By: ___/s/ (with permission)_____
    JASON CURLIANO
    Attorneys for Plaintiff:
    JOHN SUTTON


DATED: March 31, 2008              MORGAN, LEWIS & BOCKIUS LLP


By: _____/s/_____
    MELINDA S. RIECHERT
    Attorneys for Defendants:
    BRANDYWINE REALTY TRUST, PRENTISS
    PROPERTIES CHANGE IN CONTROL
    SEVERANCE PLAN FOR KEY EMPLOYEES,
    AND, DANIEL CUSHING

**ORDER**

The Court, having considered the Stipulation and [Proposed] Order between Plaintiff and Defendants, approves said Stipulation per the terms contained therein.

**IT IS SO ORDERED**

   4/1/08
DATED: _____                 _____
                                   HONORABLE CLAUDIA WILKEN

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

1-SF/7660785.1

2

STIPULATION TO CONTINUE EXPERT WITNESS
DISCLOSURE DEADLINE
CASE NO. 07-CV-01109 CW