MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
E-mail:  mriechert@morganlewis.com

Attorneys for Defendants
BRANDYWINE REALTY TRUST,
PRENTISS PROPERTIES CHANGE IN CONTROL
SEVERANCE PLAN FOR KEY EMPLOYEES,
AND DANIEL CUSHING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SUTTON,<br><br>  Plaintiff,<br><br>vs.<br><br>BRANDYWINE REALTY TRUST, PRENTISS PROPERTIES TRUST CHANGE IN CONTROL SEVERANCE PROTECTION PLAN FOR KEY EMPLOYEES, and DANIEL CUSHING,<br><br>  Defendants. | Case No. C07-01109 CW<br><br>[PROPOSED] **ORDER AND STIPULATION CONTINUING SETTLEMENT CONFERENCE** |

Plaintiff John Sutton ("Plaintiff") and Defendants Brandywine Realty Trust, Prentiss Properties Trust Change in Control Severance Protection Plan for Key Employees, and Daniel Cushing ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, file this Stipulation and Proposed Order to Continue the April 24, 2008 Settlement Conference before Magistrate Judge Edward M. Chen.

**WHEREAS**, the Court referred this matter to Magistrate Judge Edward M. Chen for settlement purposes;

**WHEREAS**, a Settlement Conference is presently scheduled for April 24, 2008 at 9:30 a.m.;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-SF/7689358.1

1

STIPULATION TO CONTINUE SETTLEMENT
CONFERENCE
CASE NO. 07-CV-01109 CW

**WHEREAS**, a representative of Defendant Brandywine Realty Trusts' insurance carrier is unavailable to attend the Settlement Conference on April 24, 2008 as required by the Settlement Conference Order;

**WHEREAS**, the Parties stipulate continue the Settlement Conference to May 5, 2008 at 1:30 p.m.

**GOOD CAUSE EXISTS** to continue the Settlement Conference, as set forth herein.

**IT IS SO STIPULATED.**

DATED: April 9, 2008                                    BUTY & CURLIANO LLP


By:    /s/ (with permission)
      JASON CURLIANO
      Attorneys for Plaintiff:
      JOHN SUTTON

DATED: April 9, 2008                                    MORGAN, LEWIS & BOCKIUS LLP


By:         /s/
      MELINDA S. RIECHERT
      Attorneys for Defendants:
      BRANDYWINE REALTY TRUST, PRENTISS
      PROPERTIES CHANGE IN CONTROL
      SEVERANCE PLAN FOR KEY EMPLOYEES,
      AND, DANIEL CUSHING

### ORDER

The Court, having considered the Stipulation and [Proposed] Order between Plaintiff and Defendants, approves said Stipulation per the terms contained therein. **Settlement Conference statements shall be lodged by 4/21/2008.**

**IT IS SO ORDERED**

DATED:  April 11, 2008

_____
HON. EDWARD M. CHEN

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

2
1-SF/7689358.1
STIPULATION TO CONTINUE SETTLEMENT CONFERENCE
CASE NO. 07-CV-01109 CW
MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO