1  MELINDA S. RIECHERT, State Bar No. 65504
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, CA  94306-2122
   Tel: 650.843.4000
4  Fax: 650.843.4001
   E-mail: mriechert@morganlewis.com
5
   Attorneys for Defendants
6  BRANDYWINE REALTY TRUST,
   PRENTISS PROPERTIES CHANGE IN CONTROL
7  SEVERANCE PLAN FOR KEY EMPLOYEES,
   AND DANIEL CUSHING
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 

12  JOHN  SUTTON,                          Case No. C07-01109 CW

13           Plaintiff,
                                           **ORDER AND STIPULATION FURTHER
14       vs.                               CONTINUING EXPERT WITNESS
                                           DISCLOSURE DEADLINE**
15  BRANDYWINE REALTY TRUST,
    PRENTISS PROPERTIES TRUST
16  CHANGE IN CONTROL SEVERANCE
    PROTECTION PLAN FOR KEY
17  EMPLOYEES, and DANIEL CUSHING,

18           Defendants.

19

20       Plaintiff John Sutton ("Plaintiff") and Defendants Brandywine Realty Trust, Prentiss

21  Properties Trust Change in Control Severance Protection Plan for Key Employees, and Daniel

22  Cushing ("Defendants") (collectively, the "Parties"), by and through their respective counsel of

23  record, file this Stipulation and Proposed Order to further Continue the April 14, 2008 deadline

24  for the disclosure of the identities and reports of the Parties' expert witnesses and the May 1,

25  2008 discovery cut-off to complete expert depositions.

26       **WHEREAS**, on June 7, 2007, the Court entered a case management order setting April 1,

27  2008 as the deadline for the Parties to disclose the identities and reports of their respective expert

28  witnesses, May 1, 2008 as the cut-off for completion of expert discovery, and June 10, 2008 as

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-SF/7688872.1                               1                   STIPULATION TO CONTINUE EXPERT WITNESS
                                                                           DISCLOSURE DEADLINE
                                                                           CASE NO. 07-CV-01109 CW

1   the final pre-trial conference;

2       **WHEREAS**, on April 1, 2008, the Court granted the Parties' stipulation to extend the

3   April 1, 2008 deadline for expert disclosures to April 14, 2008, in light of the fact that it had not

4   yet ruled on Defendants' Motion for Summary Judgment, which ruling may have obviated the

5   need for the Parties to disclose one or more experts and incur the expense of expert witness

6   discovery;

7       **WHEREAS**, on April 4, 2008, the Court granted in part, and denied in part, Defendants'

8   Motion for Summary Judgment;

9       **WHEREAS**, this Court ordered the parties to conduct further evaluation, go to private

10  mediation, or attend a settlement conference within 30-days of its ruling on Defendants' Motion

11  for Summary Judgment;

12      **WHEREAS**, the Parties were scheduled to appear before Magistrate Judge Chen for a

13  settlement conference on April 24, 2008 but due to the unavailability of a representative of

14  Defendant Brandywine Realty Trusts' insurance carrier, the settlement conference has been

15  continued to May 5, 2008, the earliest date that is available to all parties and the Magistrate;

16      **WHEREAS**, given the June 10, 2008 final pretrial conference and pursuant to this

17  Court's standing order for pretrial preparation, the parties currently must exchange pretrial

18  materials (including, but not limited to, exhibits, motions in limine, deposition designations and

19  other discovery excerpts) by May 9, 2008; meet and confer with respect to the preparation of the

20  joint pretrial conference statement by May 21, 2008; and file (among other things) their joint

21  pretrial conference statement by May 30, 2008;

22      **WHEREAS**, to avoid the expense and burden of expert disclosures and discovery as well

23  as the expenditure of resources on the pretrial exchange, all of which may be obviated by the

24  Parties' upcoming Settlement Conference, and without impacting the due date for the Parties joint

25  pretrial conference statement, the final pretrial conference, and trial, the Parties stipulate to extend

26  **<u>only</u>** the deadlines for the Parties to exchange expert witness disclosures, complete expert

27  discovery, and exchange pretrial materials as follows:

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-SF/7688872.1

2

STIPULATION TO CONTINUE EXPERT WITNESS
DISCLOSURE DEADLINE
CASE NO. 07-CV-01109 CW

| Litigation Event | June 7, 2007 Case Management Order and Standing Order for Pretrial Preparation | April 1, 2008 Order | Proposed New Date |
|---|---|---|---|
| Expert Disclosures | April 1, 2008 | April 14, 2008 | May 12, 2008 |
| Expert Discovery Cut-off | May 1, 2008 | No Change | May 16, 2008 |
| Pretrial material exchange | May 9, 2008 | No Change | May 19, 2008 |

**GOOD CAUSE EXISTS** to continue the expert witness disclosure, expert discovery cut-off, and pretrial material exchange dates, as set forth herein.

**IT IS SO STIPULATED.**

DATED: April 8, 2008                    BUTY & CURLIANO LLP

By: ___/s/ (with permission)_____
    JASON CURLIANO
    Attorneys for Plaintiff:
    JOHN SUTTON

DATED: April 8, 2008                    MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/_____
    MELINDA S. RIECHERT
    Attorneys for Defendants:
    BRANDYWINE REALTY TRUST, PRENTISS
    PROPERTIES CHANGE IN CONTROL
    SEVERANCE PLAN FOR KEY EMPLOYEES,
    AND, DANIEL CUSHING

**ORDER**

The Court, having considered the Stipulation and [Proposed] Order between Plaintiff and Defendants, approves said Stipulation per the terms contained therein.

**IT IS SO ORDERED**

DATED: 4/14/08                    _____
                                  HONORABLE CLAUDIA WILKEN

1-SF/7688872.1

3

STIPULATION TO CONTINUE EXPERT WITNESS
DISCLOSURE DEADLINE
CASE NO. 07-CV-01109 CW

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO